460 A.2d 847

Nernberg, Jr., Appellant v. Ludmer, M.D.

Petition for Allowance of Appeal
Denied Sept. 14, 1983.

Before CERCONE, P.J., WIEAND and BECK, JJ.
Affirmed.